No. 759.  FIRST NATIONAL BANK *v.* CITY OF LONGVIEW. February 25, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *J. N. Saye* for petitioner.  *R. O. Kenley, Jr.* for respondent.

No. 771.  KLUMB *v.* ROACH ET AL.  February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Ira Milton Jones* for petitioner.  *Edwin B. H. Tower, Jr.* and *Carl T. Mack* for respondents.

No. 692.  YORK ENGINEERING & CONSTRUCTION CO. *v.* UNITED STATES; and

No. 783.  UNITED STATES *v.* YORK ENGINEERING & CONSTRUCTION Co.  March 4, 1946.  Petitions for writs of certiorari to the Court of Claims denied.  *Robert P. Smith* and *Charles S. Collier* for the York Company.  *Solicitor General McGrath, Frederick Bernays Wiener* and *Paul A. Sweeney* for the United States.

No. 701.  UNITED STATES *v.* HENRY ERICSSON Co. March 4, 1946.  Petition for writ of certiorari to the Court of Claims denied.  *Solicitor General McGrath* for the United States.  *Herman J. Galloway* for respondent.

No. 747.  TERAMINE *v.* SHUTTLEWORTH, WARDEN. March 4, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *William G. Fitzpatrick, Jr.* for petitioner.  *Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for respondent.